In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00244-CV
_____

## BRUCE MICHAEL BUCKLAND, Appellant

## V.

## TRACIE LYNN BUCKLAND, Appellee

**On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 15-10-11218-CV**

## MEMORANDUM OPINION

The appellant, Bruce Michael Buckland, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 14, 2016
Opinion Delivered December 15, 2016
Before McKeithen, C.J., Kreger and Horton, JJ.

1